# IN THE SUPREME COURT OF ALABAMA



July 11, 2025

**SC-2023-0426**

Safeway Insurance Company of Alabama, Inc. v. Tara Abner, as personal representative of the Estate of Richard T. Kimbrough, deceased (Appeal from Jackson Circuit Court: CV-12-900023).

## **CERTIFICATE OF JUDGMENT**

WHEREAS, the ruling on the application for rehearing filed in this case and indicated below was entered in this cause on July 11, 2025:

**APPLICATION OVERRULED. NO OPINION.** Shaw, J. -- Stewart, C.J., and Bryan, Mendheim, and McCool, JJ., concur.

WHEREAS, the above referenced cause has been duly submitted and considered by the Supreme Court of Alabama and the judgment indicated below was entered in this cause on January 10, 2025:

**AFFIRMED. NO OPINION.** Shaw, J. -- Parker, C.J., and Bryan, Mendheim, and Mitchell, JJ., concur.

NOW, THEREFORE, pursuant to Rule 41, Ala. R. App. P., IT IS HEREBY ORDERED that this Court's judgment in this cause is certified on this date. IT IS FURTHER ORDERED that, unless otherwise ordered by this Court or agreed upon by the parties, the costs of this cause are hereby taxed as provided by Rule 35, Ala. R. App. P.

I, Megan B. Rhodebeck, certify that this is the record of the judgment of the Court, witness my hand and seal.

*Megan B. Rhodebeck*

**Clerk, Supreme Court of Alabama**